UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN RAY PARSLEY,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

Civil No. 2:16-cv-645
Criminal No. 2:08-cr-167
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Norah McCann King**

## ORDER

On December 16, 2016, the Magistrate Judge recommended that the Motion to Vacate under § 2255 [ECF No. 35] be dismissed. (Report & Recommendation at 4 [ECF No. 39].) Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, no objections have been filed.

Accordingly, the Report and Recommendation [ECF No. 39] is **ADOPTED** and **AFFIRMED**, and the Motion to Vacate under § 2255 [ECF No. 35] is **DISMISSED.**

IT IS SO ORDERED.

\_\_1-5-2016\_\_
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE